In the United States District Court
for the Northern District of California

Frederick M Shies
(Petitioner)

No. C 02-0451 PJH (PR)

vs.

Judge Phyllis J. Hamilton

USDC - Ohio and State
From IRS Co's

Motion to Re-instate Case per proof provided.

Whereas, petitioner, sent back to United States District Court for the Southern District of Ohio only to receive, sue again and relief denied! (Dismissed w/o Prejudice)

Whereby, now, with proof provided and still looking for relief as those in this jurisdiction are still letting criminals embezzle, extort from Petitioner, asks for case to be re-opened, re-instated in your jurisdiction!

Now, see the words Recoverable and or of no practical significance, petitioner not incompetent nor was I ever, however, been treated for a matter of discrimination, as, petitioner practice(s) in U.S. Law and they call a delusion. While they call paranoia ideation, afraid of law, right!

Whereas now, did petitioner mention criminal charges along the way somewhere as those took time away from petitioner about this matter of I wasn't the criminal in the first place but was threatened by force by gun, illegal plea, rts to represent myself by judge were denied, forced medication on petitioner which causes delusion, which of of by doctor as said don't need it!
Caused Demolition Derby in a Truck Stop parking Lot one nt and a 1 yr probation per working with the company.

Whereby now, about the Motion for Redress about the Racial profiling suit in this jurisdiction, reasoning why case was turned away as this guy not Black which isn't no Black case now is it! While, stating, makes case a no class action as it is false, etc.! Like, it's happened to petitioner more than once, attacked, almost shot, and again! For which, one's tired of hearing, etc; this town where about Racial (Black) Profiling.

Now therefore, a job done right out there however, not good enough in this jurisdiction. For reasons set forth asks or wants case re-instated or re-opened!

Frederick V. Thorn
(Petitioner)
1052 Morado Dr
Cinti, Ohio 45238
(513) 451-8588