5/2/2002

4819
98BE

United States District Court
Southern District of Ohio
Western Division

FILED
02 MAY -3 PM 4:05

Frederick M Shea
(Petitioner)

v

State of Ohio Et al
(Respondents)

Case No: C-1-02-149

(Dlott, J. Hogan, MJ)

(Urgent) Motion for Relief and Claim

Whereas petitioner being sued by a Platinum Financial Services in the amount of $624.46.

Whereby, petitioner answering complaint this way because of evidence (past & present) states who has my money!

Now, find attached Exhibit A, three page complaint.

Denied
Susan J. Dlott
April 9, 2003

4819
BE
___
PLA
___

APR 10 PM 2:55

Frederick M Shea
(Petitioner)
1052 Maude Dr
Cinti, Ohio 45__
(513) 451-8388