1:02CV149   2/8/04

FILED
04 MAR -3 AM 11:19
RICHARD W. [WIEKING]
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DROTT
HOGAN

In the United States District Court
for the Northern District of California

FILED
MAR 2 6 2004
JAMES BONINI, Clerk
CINCINNATI, OHIO

Frederick M Shea            No. C 02-0451 PJH (PR)
(Petitioner)

vs.                         Judge Phyllis J. Hamilton

USDC - Ohio and State
From IDP Co's

Motion to Re-instate case per proof provided.

Whereas petitioner, sent back to United States District Court for the Southern District of Ohio, only to receive, sue again and relief denied! (Dismissed w/o Prejudice)

Whereby, now, with proof provided and still looking for relief as those in this jurisdiction are still letting criminals embezzle, extort from petitioner, asks for case to be re-opened, re-instated in your jurisdiction!

Denied
Susan J. Dlott
April 6 or 7, 2004