United States District Court
for the Northern District of California

Frederick W. Thee
(Petitioner)

vs.

USDC - Ohio, Et, Al
(Respondents)

Case No:
C 02-0451 PJH (RR)
1:02 cv 149

Judge Phyllis J Hamilton

**RECEIVED APR 19 2004**
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Motion to re-instate case in your jurisdiction.

Whereas, petitioner sent Exhibit A to this Court for a reason, instead someone sent it back to a Court that petitioner really doesn't care for as matter(s) stated all obvious.

Whereby, per Exhibit B of what looks like a letter of mumbo jumbo coming from a Court like, is this latest technology as not into White Collar work these days but a Blue Collar Worker.

Now, petitioner states what's to prove as proof sent is sufficient while Dismissed w/o Prejudice means sue again and in this Court as the word Conspiracy means what, etc!

Whereas now, per the word warning on Exhibit B, those trying to tell someone something which also falls under the category of Conspiracy!

Whereby now, this judge who signed Order is clearly showing prejudice, while biased states already shown proof, not leaving out, I'm white, not black!

Now therefore, per this case that is denied as Moot and sending it back to a court that this case originated from C1-99-180, in which, reading your Order states transferred to only too receive Sanctioned with the words of Denied as Moot!

Whereby now, petitioner not stating Federal Hate however, am stating why one doesn't care for the Southern District of Ohio Court, for which, not my fault per matter of why petitioner still lives in this God forsaken State of Ohio, etc!

Whereas now, per the matter of being found incompetent because I sued a party in another case; now out of situation, however, there is still criminal charges of those who started the offense, etc.! IN RE: Synthroid Mktg Litigation (2000, ND Ill)

Whereby now, proving why sent case back to your jurisdiction, providing Exhibit C case no 03-0309 which includes an offense of a bank taking my money from my account and giving to criminals. (Privacy Disclosure 2003).

Now therefore, ending with, a single word of granted is what petitioner asks of this case.

Frederick H Shea
(Petitioner)
1052 Morado Dr
Cincinnati, Ohio 45238
(513) 451-8588