## Orders on Motions
1:02-cv-00149-SJD-TSH Shea v. USDC, et al **CASE CLOSED on 05/02/2002**

### U.S. District Court

### Southern District of Ohio

Notice of Electronic Filing

The following transaction was received from ss, entered on 4/7/2004 at 10:37 AM EDT and filed on 4/7/2004
**Case Name:**         Shea v. USDC, et al
**Case Number:**   1:02-cv-149
**Filer:**
**WARNING: CASE CLOSED on 05/02/2002**
**Document Number:**   11

**Docket Text:**
ORDER denying [10] Motion to Reopen Case . Signed by Judge Susan J. Dlott on 4/6/04. (ss, )

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1040326259 [Date=4/7/2004] [FileNumber=218150-0]
[63b30b383dee0e5949649c072a63b157d5b5f0daf53a2c8a2de2ed0616562bca51a4d
4dcc34d13292b574452d1374f0faf712f187c10b4d1c0859e904efa8256]]

**1:02-cv-149 Notice will be electronically mailed to:**

**1:02-cv-149 Notice will not be electronically mailed to:**

Frederick M Shea
1052 Morado Dr
Cincinnati, OH 45238

1:02CV149    2/8/04

FILED
04 MAR -3 AM 11:19
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

To the United States District Court
for the Northern District of California

FILED
MAR 2 6 2004
JAMES BONINI, Clerk
CINCINNATI, OHIO

Frederick M Shes             No. C 02-0451 PJH (PR)
(Petitioner)

vs.                          Judge Phyllis J. Hamilton

USDC - Ohio and State
From ISP Co's

Motion to Re-instate case per proof provided.

Whereas petitioner, sent back to United States District Court for the Southern District of Ohio only to receive sue again and relief denied! (Dismissed w/o Prejudice)

Whereby, now, with proof provided, and still looking for relief as those in this jurisdiction are still letting criminals embezzle, extort, from petitioner, asks for case to be re-opened, re-instated in your jurisdiction!

Denied Scott
Susan J.
April 19, 2004

No. 03-0309

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

**FILED**

APR 12 2004

LEONARD GREEN, Clerk

In re: FREDERICK M. SHEA,            )
                                     )
    Petitioner.                      )        O R D E R
                                     )
                                     )

Before: MERRITT, SUHRHEINRICH, and CLAY, Circuit Judges.

The petitioner submitted a "Petition for Writ, Petition for Custody, and Petition for Habeas Corpus" in which he sought the refund of certain child support payment and arrearage fees assessed against him in state court proceedings. He also asked this court to award custody of his children to him. In an order entered on February 3, 2004, we denied relief on the ground that there was no authority for this court to grant such relief.

The petitioner now seeks rehearing of his petition. We discern no basis, however, for further review in this matter. As a federal court, we have no general authority to review state court proceedings. *Cleveland Surgi-Center, Inc. v. Jones*, 2 F.3d 686, 691 (6th Cir. 1993), *cert. denied*, 510 U.S. 1046 (1994).

It therefore is **ORDERED** that the petition for rehearing is denied.

ENTERED BY ORDER OF THE COURT

_Leonard Green_
Clerk