4/14/04

United States District Court
for the Northern District of California

Denied
SJD
5/20/04

Frederick M Theo
(Petitioner)

vs.

USDC-Ohio, Et, Al
(Respondents)

Case no:
C 02-0451 PJH (RR)
1:02 cv 149

Judge Phyllis J Hamilton

RECEIVED APR 19 2004
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Motion to re-instate case in your jurisdiction.

Whereas, petitioner sent Exhibit A to this Court for a reason, instead someone sent it back to a court that petitioner really doesn't care for as matter(s) stated are obvious.

Whereby, per Exhibit B of what looks like a letter of mumbo jumbo coming from a court like, is this latest technology as not into white collar work these days but a Blue Collar Worker

Now, petitioner states what's to prove as proof sent is sufficient while Dismissed w/o Prejudice means see again and in this court as the word Conspiracy means what, etc!