United States District Court
for the Northern District of California

Frederick M Shea            C 02-0457 PJH (OR)
(Petitioner)
    v                       1:02CV149
USDC-Ohio Et, al
(Respondents)

FILED
JAMES BONINI
CLERK
05 MAR 28 PM 4:48
U.S. DISTRICT COURT
SOUTHERN DIST OHIO
WEST DIV CINCINNATI

(Petition) Motion of Extortion, etc

Whereas, petitioner already sent proof of one name of someone trying to extort, etc, now entering another per Exhibit A, attached.

Whereby, trying to stop an offense as court already has a criminal list per Oct. 16, 2004 Motion states one (petitioner) not the criminal and adding State Law 2913.01 etc per 1995, etc to these parties! 18 USC 924 & 2113 etc also applies!
Identity Theft, Complicity

Now, already also submitted the Nacep v Metropolitan Council (1998 CA8) Orders and no Petitioner doesn't want to be bothered by & with criminals as previously mentioned recovering from an injury!

Whereas now, mentioned already the preliminary injunction for relief, which, what proof is provided, is petitioner.

Whereby now, established the Petition for Habeas Corpus per criminal list as if matters were done petitioner wouldn't be writing this per the words cause an action and no oral argument is needed! And funds are available. In which, no don't want anything to do with Hamilton County, etc. as been there, done that! Those est Mean & Ham, etc!

Frederick M. ___
(Petitioner)
1052 Morado Dr
Cinti, Ohio 45238
(513) 431-8588