| | | | |
|---|---|---|---|
| Order Mod: | | Court Order No: | A9306451 |
| Change Custody: | | E File No.: | E19071605 |
| Emancipation: | XX | SETS Case No.: | 7008727070 |
| Other: | | CSS File No.: | |

## CSS RECOMMENDATION / WORKSHEET TO THE HAMILTON COUNTY COURT OF COMMON PLEAS

☐ Impound Order   ☐ Terminate Order

| | | | |
|---|---|---|---|
| To: | XX  Domestic Relations Court | From: | Hamilton County CSS |
| | ____  Juvenile Court | Tech: | J. TWYMAN-SMITH |
| | | Phone No.: | (513) 946-7233 |
| | | Issue Date: | 2/23/05 |

### CASE INFORMATION

**Obligor**  
Name: FREDERICK SHEA  
Address:

**Obligee**  
Name: JANET SHEA  
Address:

### RECOMMENDATION

**Order**

| | | Effective Date: | | **Child Support Amount** |
|---|---|---|---|---|
| Name: | | | | |
| Child | (PAMELA SHEA (04/16/1986) | 6/1/04 | | Amt: 00.00 + 324.75 |
| Child | (BENJAMIN SHEA (04/29/1990) | | | Amt: 216.50 + 108.25 |
| Child | ( ) | | | Amt: |
| Child | ( ) | | | Amt: |
| Spousal Support | | | | Amt: |
| Genetic Test | | | | Amt: |

Subtotal Current Amt: 216.50  
Current Poundage Amt: 4.33

**Arrearage Order**  
Arrearage Set As Of: ~~(struck)~~  
Arrearage Set Amt:

**Arrearage Payment Amount**  
Arrearage Payment Amt: 433.00  
Arrearage Poundage Amt: 8.66  
Total Monthly Order Amt: 662.49

**Lump Sum Information**  
Employer:  
Address:  
324.75

Lump Sum Received:  
Payment Due Date:  
Arrearage Amt:

**Health Care Order Information**  
Obligor:  
Insurance Information:  

**REMARKS:** EMANCIPATE PAMELA SHEA (04/16/1986) EFFECTIVE 06/01/2004 DUE TO NO RESPONSE FROM PARTIES, CONTINUE ORDER FOR BENJAMIN SHEA (04/29/1990) $216.50 P/M CURRENT + $108.25 P/M ARREARS, PAMELA SHEA $324.75 P/M ARREARS + 2%.

CSEN 2000 (REV. 4-04)

*Exhibit A*