United States District Court
for the Northern District of California

Frederick M Shea                C 02-0457 PJH (PR)
(Petitioner)

    v                           1:02CV149

USDC-Ohio Et, al
(Respondents)

(Petition) Motion of Extortion, etc

Whereas, petitioner already sent proof of one name of someone trying to extort, etc, now entering another, see Exhibit A, attached.

Whereby, trying to stop an offense as court already has a criminal list per Oct 16, 2004 Motion states one (petitioner) got the criminal and adding State Law 2913.01 etc. 1995, etc to these parties! 18 USC 924 & 2113 5th also applies!
Identity Theft, Complicity

Now, already also submitted the NAACP v Metropolitan Council (1998 CA8) Orders and the Petitioner doesn't want to be disturbed by & with criminals as previously mentioned recovering from an injury!