**DEPARTMENT OF THE TREASURY**
**FINANCIAL MANAGEMENT SERVICE**
**P.O. BOX 1686**
**BIRMINGHAM, ALABAMA 35201-1686**

**THIS IS NOT A BILL - PLEASE RETAIN FOR YOUR RECORDS**

04/08/05

FREDERICK M SHEA
1052 MOLADE DR
CINCINNATI OH 45238-4435

Dear FREDERICK M SHEA:

As authorized by Federal law, we applied all or part of your Federal payment to a debt you owe. The government agency (or agencies) collecting your debt is listed below.

| | |
|---|---|
| OHIO DEPT OF JOB & FAMILY SERVICES | TIN Num: ███ |
| OFFICE OF CHILD SUPPORT ENFORCEMENT | TOP Trace Num: A26719232 |
| 30 E. BROAD ST., FLOOR 32 | Acct Num: ███ |
| COLUMBUS       OH  43266-0423 | Amount This Creditor:    $544.45 |
| | Creditor: 01    Site: OH |
| 614-752-6567      (000) 000-0000 | |
| PURPOSE: Child Support | |

| | |
|---|---|
| HAMILTON COUNTY CSEA | TIN Num: ███ |
| 222 EAST CENTRAL PARKWAY | TOP Trace Num: A26719233 |
| CINCINNATI, OH 45202 | Acct Num: ███ |
| | Amount This Creditor:    $664.83 |
| | Creditor: 02    Site: OH |
| (513) 946-7387      (800) 315-7119 | |
| PURPOSE: Child Support | |

The Agency has previously sent notice to you at the last address known to the Agency. That notice explained the amount and type of debt you owe, the rights available to you, and that the Agency intended to collect the debt by intercepting any Federal payments made to you, including tax refunds. **If you believe your payment was reduced in error or if you have questions about this debt, you must contact the Agency at the address and telephone number shown above.** The U. S. Department of the Treasury's Financial Management Service cannot resolve issues regarding debts with other agencies.

We will forward the money taken from your Federal payment to the Agency to be applied to your debt balance; however, the Agency may not receive the funds for several weeks after the payment date. If you intend to contact the Agency, please have this notice available.

*CR Wilson*
Charles A. Wilson
Department of the Treasury, Financial Management Service
(800) 304-3107
Telecommunications Device for the Deaf (TDD) (866) 297-0517

**PAYMENT SUMMARY**
PAYEE NAME:  FREDERICK M SHEA
PAYMENT BEFORE REDUCTION:      $1209.28              PAYMENT DATE: 04/08/05
TOTAL AMOUNT OF THIS REDUCTION:      $1209.28        PAYMENT TYPE: Check
PAYING FEDERAL AGENCY:  Internal Revenue Service
(See Insert on Tax Refund Offsets for Additional Information)

FOR OFFICIAL USE ONLY:    0000002543 A267192322926034760151891904ALTR-F02FRED002555
RL0604

