United States District Court
for the Northern District of California

Frederick M Shea
(Petitioner)

v

USDC-Ohio, Et, Al
(Respondents)

Case No:
02-0451 PJH (PR)
1:02CV149

Petition of Extortion, etc, Again

Whereas, petitioner, robbed, etc, by the State of Ohio, Dept of Taxation, and Hamilton County, etc For which, petitioner, does have a phone number, etc!

Whereby, petitioner, stating these Assoc. are already in the Pet. for Habeas Corpus Writ

Now, petitioner, doesn't take being robbed, etc, lightly, especially when worked in a Blue Collar environment, injured, not leaving out, already won matter(s), as to, these offenses! 18 USCS 2340 est. Physical, Mental, States Forced Medication! And not the crim, real crim still awaiting for those to be arrested! State Law 2913.01, 2921.04 (A+B) ect, etc! By Force, etc. Jurisdiction! To arrest. Puts a meaning to Kickin someone's butt + Malpractice! Mean + Harm is caused by whom! State Law 2919.01 ect, etc.

Whereas now, est the 18 USC 1951, (b), per United States v Alisuti (1994, ED NY), which still applies in this case(s) per 1995, etc. Old Ofin. Laws, petitioner is covered by. Meaning, new offenses are still old. Like, where's the past. Guam v United States

Whereby now, per the 18 USCS 924, 2113, and the detention, petitioner can only state, robbing others still don't cut it, while, in this case, who are those extorting for, as, name is not right, and identity theft is est! United States v Binoley (ave, Kws)

Now therefore, extorting, etc, from petitioner per matters of, kids all suppose to be mine and in my custody since 1995, which I haven't seen or spoke to since 1995, as, I don't deal with criminals, only in a Habeas Corpus (Pet) petition! All Fed & Civil Rt claims, etc, of Conspiracy, of those working for a killer, etc, all established! Shes v Shes (IWRC 95-503, etc), Parents v Terry Schiavo (2004), Rt to put a past in the past!

Whereas, also, cheated on Ohio Tax payment! As what is Double Jeopardy any other ways! Ohio use tax, ow!

Whereby now, per the words, <u>no oral argument needed</u>, less the extra-paperwork, petitioner, adding offenses, etc, to Habeas Corpus petition! Not leaving out, even if, the Disabilities Act of 1903 still applies to this day! Went through death, and already injured! NAACP v Metropolitan Council (C10, 1998), and not a Mental, <u>oral</u>, cause an action, etc! (Absolute Bar). Est, MEAN + HARM of Respondents! 10 USCS 1515 etc, est!

Now therefore, also stating, this is not new (case) as, extends, back to 1995, etc! Issue Preclusion along time ago!

Whereas now, also, these assoc! new didn't have to pay support, per offense in 2001, 2002, as had to show Orders to Receive free Killer Medication!

Frederick M Orr
(Petitioner)
1057 Morado Dr
Cinti, Ohio 45238
(513) 451-8588

Certificate of Service

I, JJ, certify that N/a. Issue Preclusion along time ago!

*[signed]*