IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| FREDERICK M. SHEA, : | |
| : | |
| Plaintiff(s) : | |
| : | Case Number: 1:02cv149 |
| vs. : | |
| : | District Judge Susan J. Dlott |
| USDC - OHIO, et al, : | |
| : | |
| Defendant(s) : | |

ORDER

This matter is before the Court upon the filing of two new motions for extortion (Docs. 16 and 17). This Court has previously denied a similar motion for extortion on April 15, 2005. Since the judgment in this case was entered on May 2, 2002, the plaintiff has filed with this Court a motion to reopen this case, a motion to reconsider the order denying the motion to reopen and three motions for extortion. All of these motions were filed more than twenty months after the judgment was entered.

Accordingly, the plaintiff is hereby directed to show cause, in writing, by no later than May 23, 2005 why he has not violated Federal Rule of Civil Procedure 11(b) and why sanctions should not be imposed against him for these filings.

IT IS SO ORDERED.


    s/Susan J. Dlott
Susan J. Dlott
United States District Judge