4/25/05

FILED
JAMES BONINI
CLERK
05 MAY 18 PM 2:32

United States District Court
for the Northern District of California

Frederick M Shea
(Petitioner)

v

USDC - Ohio, Et, al
(Respondents)

Case No.: C 02-0451 (PJH)
PR
v. 02cv149

FILED
RECEIVED
APR 29 2005
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT.
NORTHERN DISTRICT OF CALIFORNIA

05 MAY 18 PM 2:32

Petition for Follow-up & Correction

Whereas, petitioner, keeping short this matter(s) of intentional, United States v Binoley (1998, CA 10 Kans) and been there, done that, per Supreme Court of the U.S. (East Coast) In Re 95-5037 and again on April 27, 2001 with everything in Pet. and, or, could have just re-opened case above! Shea v Shea (1985), Parents v Terry Schiavo (2005), NAACP V Metropolitan Council (1998, en 8). And matters found. The Supreme Court of the U.S. gave me the Right to Repr. myself, not sanction, etc. Think, pet wants a Marital pot his a plug or me (Parents), wrong! Denying my kids, etc! Exhibit A attached

Whereby, petitioner states, what else to no oral argument about, as other Pet. state this guy isn't no criminal, and the words Denied and closed and been there, done that states who says, wrong Court! Est. C1-94-677, C1-96-581, (01-70033) 1-99-180, etc! For which, 1:02cv149 Est. Conspiracy to Commit Murder, etc! 00-3083, 00-3085, 02-3894, 03-3809 while, embezzlement, etc, states, Guy looking for Justice! Exhibit B

Now therefore, while, Initial Orders for Release, Orders for Release, were ignored, to matters of, already won, or, not the criminal, as established State Laws of 2701.03, 2913.01, 2921.04 1-3, etc, also est the 18 USC 1951(b),(2), etc, of matters forced and Absolute Bar, cause extra-paperwork, etc! Habeas corpus petition est as, anything else is complicity, aiding and abetting, etc! Paid in U.S. nowhere else! We do paperwork this way, for what reason! AND, not for ommissions!

Whereas, see the Pet for Writ (Redress, 01-90033) of that case, that's 13 offenses of the desegregation matter! x2x Amount allocated, per case, which, going up, wouldn't be equal! Make it (Six). Per, established criminal activity, both sides, city, State, Federal, plus interest. Now if 2923.32 Penalty went up since 1995, etc more than six! + the jail fights of fighting Black/Africans & not caused by Pol-iswee. Sustained injuries! 2937.34

Now, for reasons stated, there can read why petitioner doesn't want to proceed in jurisdictions of killer(s) not excluding government etc, as, if someone had a problem, nothing like being pd for the past, for which, "Bahama Mama's", etc, cure anything! Rules out, any other form while, stating, funds available and even through the U.S. Dept of Treasury see Pet received (stamped) April 14, 2005!

Whereas now, per the preliminary injunction for relief, petitioner states, U.P.S. or FedEx is worth how much, like, send amount! Whichever, worth more, ship it!

Whereby now, petitioner still doesn't have in my custody, two kids, want delivered by U.S. to me punignently, preferably, by San Francisco official, single female, go no, not a call for this jurisdiction, per the past, is shown!

Now therefore, anything else in Habeas Corpus pet. stated, three in one matters. Est. by, when it gets done! Round-up!

Whereas, also stating, there's additional Respondents to Habeas Corpus pet. per Matters, such as who's working for whom, and didn't one represent another per a killer matter!

Now therefore, petitioner states, the last name SMITH (this), pertains to, not criminals, in which, established the Terrorists Act of 2003, Federal Hate within, etc. per Federal Laws.

Whereas now, correction of Ohio Use tax, got that it, screwed up another line somewhere else! Line 10    Amount, correct, however! Est 18 USCS 924, 2113!

(3)

Whereas now, per the not judicial discretion of all matter(s), as established, would have saved offenses and a life, while, my own, still recovering from the past, etc, per Forced Killer Medication, etc, per a matter(s), not new and criminals still not arrested. Per matters of "why appeal" as been there, done that, discrimination, etc, est. & matters of Fed & Civil Rts are violated, etc! Rt to speedy, not trial, (Algerian) pay instead, dismissed! 1995, etc, Judges read what shoulda't been Reports. In which, cut out the middle per periods (Fed Courts) and what do these Come-up with! 18 USC 1951, 18 USC 201(b)(c), 18 USC 1951(b)(2) Est!

Whereby now, per a case that is a 1331 case and not a 1332 and who changed cases throughout, 00-3085, 00-3083, per matter(s) called Federal, Handicapped! While, the past is where (decrees), a symbol means what, & Junk Yard parts, etc, fits under what, and markings of not Ky, Ohio, California, were invisible, 1331 est! Now, can state this to what is Clear & Indisputable, not leaving out State put off Recovery per matter won, while, Fed States Order for Release never received. A preliminary injunction for Relief, Clear & indisputable, unlike, dismissed! Like, when is is on what, while, est Attempted Murder, etc, and Pain & Suffering! Magis. knew of past, even(if)diversity irrelevant! NAACP v Metropolitan Council (1998, CA8), United States v Alperti (1994, ED, NY), etc! Case # 01-10033 never done in U.S.D.C. Cinti

(4)

Now therefore, ending with, as, elaborated more on this jurisdiction, etc, in which, extra paperwork, etc, is no oral argument needed along time ago, states, still not living in the jurisdiction, one wants to live in!

Whereas, also, must add Fed + Civil Claims are also irrelevant, to, what's not new, while, all this extra-paperwork, etc, petitioner states I do, w/o aspirin! United States v Freeman (1993 CA9 Cali), like, picking a claim to what was intentional, states, what should be a "Capital Offense": Death, and in more ways than one! Christopher Reeves died from what! While, forced states(ed), the past! Emotional distress, est, by dealing Mentals, and criminals like, a temper is clear + indisputable to what shouldn't have happened, per extra-paperwork, etc! Per forced matters! United States v Bindley, (1998 CA10 Kans). I+RE: Synthroid Mktg. Litig. (2000, ND Ill) like, being held, etc, falls under what was just mentioned! Est. Extortion by force or threat or injuries, Per, Absolute Bar, etc!

NAACP v Metropolitan Council (1998 CA8)
I+RE! 95-5031 + what procedure! Guam v District Court of Guam (1981 CA9 Guam)

Frederick M. Tin
(Petitioner)
1057 Morado Dr
Cinti, Ohio 45238
(513) 451-8858

(5)