**SUPREME COURT OF THE UNITED STATES**
**OFFICE OF THE CLERK**
**WASHINGTON, DC 20543-0001**

WILLIAM K. SUTER
CLERK OF THE COURT

April 27, 2001

AREA CODE 202
479-3011

Frederick M. Shea
1052 Morado Dr.
Cincinnati, OH  45238

    RE:  Frederick M. Shea

Dear Mr. Shea:

    The above-entitled petition for an extraordinary writ of habeas corpus was received on April 26, 2001. The papers are returned for the following reason(s):

    The petition does not show how the writ will be in aid of the Court's appellate jurisdiction, what exceptional circumstances warrant the exercise of the Court's discretionary powers, and why adequate relief cannot be obtained in any other form or from any other court.  Rule 20.1.

    The petition does not state the reasons for not making application to the district court of the district in which you are held.  Rule 20.4(a). pertaining to petitions for writs of habeas corpus.

    No notarized affidavit or declaration of indigency is attached. Rule 39.  You may use the enclosed form.

    A copy of the corrected petition must be served on opposing counsel.

                                 Sincerely,
                                 William K. Suter, Clerk
                                 By
                                 S. Elliott
                                 (202) 479-3025

Enclosures

*Exhibit A*

## Orders on Motions

1:02-cv-00149-SJD-TSH Shea v. USDC, et al **CASE CLOSED on 05/02/2002**

#### U.S. District Court

#### Southern District of Ohio

Notice of Electronic Filing

The following transaction was received from ss, entered on 4/15/2005 at 9:08 AM EDT and filed on 4/15/2005
**Case Name:**        Shea v. USDC, et al
**Case Number:**   1:02-cv-149
**Filer:**
**WARNING: CASE CLOSED on 05/02/2002**
**Document Number:**   15

**Docket Text:**
ORDER denying [14] Motion for extortion . Signed by Judge Susan J. Dlott on 4/14/05. (ss, )

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1040326259 [Date=4/15/2005] [FileNumber=591203-0]
[5c6ab1adb89656372766b07acad22c44d2f64c96975ad265739ce1a037a642c182a4
2462eda207127e231048d8e87bd375eb7f9c25e677aa43c54358a02bf399]]

**1:02-cv-149 Notice will be electronically mailed to:**

**1:02-cv-149 Notice will be delivered by other means to:**

Frederick M Shea
1052 Morado Dr
Cincinnati, OH 45238

*Exhibit B*

Certificate of Service

I, SJ, certify that N/A.
Issue Preclusion along time ago

*[signature]*