United States District Court
for the Northern District of California

Frederick M Shea
(Petitioner)

Case no:
C 02-0451 PJH

v

USDC-Ohio, et al
(Respondents)

Petition in Response to 11(b)

Petitioner, stating, to whomever sending etc's back to Cinti, Jur., one can answer, as, dst. cines, etc, while, any other form means what! Per Pet. stamped received on 5/4/04 in list, & want pet for follow-up (copy) back stamped filed from Cinti. Only received this Extortion Letter not signed 11(b), or, Airion of Law (Regs) persons per matters been there, done that, matters recoverable. Est. where's the past, etc! Habeas corpus, like, Rt how

Whereby, per Case Sanctioned about and who opened throughout + not to 11(b) what under 1-02-149, while issue's, etc, fall under other cases within, why wasn't it opened up under! If one has the Rt to do that, then "has the Rt open others)! Like 01-70033 & what Court & Judge sent to, is, Denies as Moot, means what, & recoverable!

Now, keeping this short Jur. means what not excluding etc, Exparte C1-94-677, C1-96-581 & my house & never Ordered it sold & signed After deed over. Per matter won(s) & motions of someone saying matters don't pertain to law! And last thing heard from Frederick M Shea (Petitioner) USDC, San Francisco was on Sept 13, 2004 per Order 1057 Morado Dr recoverable, as, covered by Old Law Def and doesn't Cinti, Ohio 45238 state, go elsewhere! What Cin. did this 11(b) come from (513) 451-1800 & what role does one fit in! Obstruction of Justice, etc est! Matters not now! (Absolute Bar, etc)

Certificate of Service

I, JJ certify that n/a Issue Preclusion a long time ago!

(Petitioner)