IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| FREDERICK M. SHEA, : | |
| : | |
| Plaintiff(s) : | |
| : | Case Number: 1:02cv149 |
| vs. : | |
| : | District Judge Susan J. Dlott |
| USDC - OHIO, et al, : | |
| : | |
| Defendant(s) : | |

JUDGMENT IN A CIVIL CASE

Decision by Court: This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

. . . that plaintiff is prohibited from filing any further motions or papers in this case, unless such motion or papers are first certified as non-frivolous by an attorney. The Clerk of the Court is specifically DIRECTED not to accept any motions or papers presented by plaintiff in this action unless such motions or papers are first certified as nonfrivolous by an attorney. This Order shall not apply to any notices of appeal to the Sixth Circuit Court of Appeals plaintiff wishes to file to obtain review of the Orders of this Court. This order is not intended to place any limitation upon plaintiff's ability to pursue litigation in the United States District Court or in the courts of any state except in the particular action now before the Court. This Order shall not prohibit plaintiff from filing in this Court any new lawsuits which may have a legitimate basis and which comply with Fed.R.Civ.P. 11(b) after payment of the appropriate filing fee.

6/10/05                                                                                       JAMES BONINI, CLERK


                                                                                                   s/Stephen Snyder
                                                                                                   Deputy Clerk


Pursuant to S. D. Ohio Civ. R. 79.2(a) and (b), all models, diagrams, depositions, photographs, x-rays and other exhibits and materials filed or offered in evidence shall be withdrawn by counsel without further Order within six (6) months after final termination of the action. All materials not withdrawn shall be disposed of by the Clerk as waste.